UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CV-0370-WQH (JMA) |
| ) | |
| Plaintiff, ) | **ORDER RESCHEDULING TIME FOR** |
| ) | **TELEPHONIC EARLY NEUTRAL** |
| v. ) | **EVALUATION CONFERENCE** |
| ) | |
| DISTRIBUIDORA BATIZ, S.A. DE ) | |
| C.V.; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

At the request of counsel, the telephonic Early Neutral Evaluation Conference will be held on **March 20, 2008** at **10:00 a.m.** (instead of the previously scheduled 9:00 a.m.) before Magistrate Judge Jan M. Adler. <u>Counsel only</u> for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: February 29, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv0370